

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| IN THE MATTER OF THE ISSUANCE OF A CRIMINAL COMPLAINT AND ARREST WARRANT RE:<br><br>RYAN MATTHEW STASKYWICZ | **Filed Under Seal**<br><br>Case No. 2:25mj 123 |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Adrienne Drummond, being duly sworn, do hereby state the following is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Naval Criminal Investigative Service (NCIS). As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in 18 U.S.C. § 2252 *et seq.*

2. I am a Special Agent with the Naval Criminal Investigative Service (NCIS), assigned to the NCIS Resident Agency (NCISRA), Oceana, VA, and have been employed with NCIS since January 2023. I have attended and successfully completed the NCIS Special Agent Basic Training Integrated Program (SABTI) at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA. I am authorized to conduct investigations for offenses enumerated in Title 18 of the United States Code and Title 10 of the United States Code, also known as the Uniform Code of Military Justice (UCMJ), which affect the Department of the Defense,

1

specifically the United States Navy and Marine Corps. My duties include, but are not limited to, investigating crimes committed by or against Navy and Marine Corps military personnel, civilian employees, or otherwise involving Department of the Navy assets, personnel, or facilities. Prior to my current position with NCIS, I worked as Crime Scene Technician for the High Point Police Department in High Point, N.C., from January 2018 to September 2021 and as a Firearms Examiner-Trainee for the Virginia Department of Forensic Science from October 2021 to July 2022. I graduated from Villanova University with a Bachelor's Degree in Criminal Justice. I received a Master's Degree in Conflict Management and Resolution with a concentration in National and International Security from the University of North Carolina at Wilmington. I also received a Master's Certificate in Forensic Science from George Mason University in Fairfax, VA.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that certain violations of Title 18, United States Code, §§ 2252(a)(2) and (a)(4)(B) (receipt, distribution, and possession of child sexual abuse material ("CSAM")), have been committed by RYAN MATTHEW STASKYWICZ.

4. The information set forth in this affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement agents. Thus, the statements in this affidavit are based in part on information provided by Special Agents ("SAs") and other employees of NCIS, as well as other investigators employed by federal or state governments. I have participated in investigations involving persons who collect and distribute child pornography, and the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the areas of child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers. In the course of my

employment as a sworn law enforcement officer and Crime Scene Technician, I have participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of state and federal laws, including various sections involving child exploitation offenses.

### Pertinent Federal Criminal Statutes

5. This investigation concerns alleged violations of Title 18, United States Code, §2252(a)(2) and §2252(a)(4)(B), relating to material involving the sexual exploitation of minors. Title 18, United States Code, §§ 2252(a)(2) and (a)(4)(B) make it a federal criminal offense to knowingly receive or distribute, or possess, respectively, any child sexual abuse material or materials that contains child sexual abuse material that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

### Probable Cause

6. Based upon investigation, your affiant asserts that RYAN MATTHEW STASKYWICZ has used various means of internet communications, including the Kik instant messaging application, to communicate about and receive child sexual abuse material.

7. On December 13, 2023, NCMEC received notification from Snap Inc., that suspected child pornography had been uploaded to Snap Inc. NCMEC generated CyberTipline Report #182315110 which contained four files of suspected child pornography. Two of the files had been reviewed by Snap Inc., and two had not.

8. The CyberTipline Report noted the account associated with the email address ryansst@icloud.com was used to upload the suspected child pornography. The verified account is

3

associated with the username "bias_gopnik1" with a date of birth of January 18, 2003, and phone number (757) 947-4404.

9. Open-source resources were utilized to identify the owner of phone number (757) 947-4404. Open-source checks revealed the aforementioned phone number is associated with "Ryan Staskywicz" as living in Norfolk, VA, and being a Department of Defense Civil Service Employee, with a date of birth of January 18, 2003.

10. bias_gopnik1-None-6703e135-08e3-523e-938f-66786eb0dc2e~105655b0e32b5-content.mp4 was a file provided by NCMEC and was previously viewed by Snap Inc. This file was uploaded on December 13, 2023, at 02:58:45.904Z, from IP address 192.142.200.12, and this file was not categorized by NCMEC.

    a. On December 23, 2024, this file was viewed by NCIS. The file was approximately 31 seconds in length. The file showed a suspected pubescent female engaged in lascivious exhibition with an unconfirmed mature male (the recorder is not viewable but the voice is deep and sounds mature), and the unconfirmed male was filming the interaction. The video showed the suspected pubescent female spreading her buttocks to expose her anus and vagina to the camera being used by the unconfirmed male.

11. bias_gopnik1-None-6703e135-08e3-523e-938f-66786eb0dc2e~116c9381b1fe4-content.mp4 was a file provided by NCMEC and was previously viewed by Snap Inc. The file was uploaded on December 13, 2023, at 02:59:26.199Z, from IP address: 192.142.200.12, and this file was not categorized by NCMEC.

    a. On December 23, 2024, this file was viewed by NCIS. The file was approximately 16 seconds in length. The file showed a suspected prepubescent female engaging in a sexual act with an unidentified male who appears to be an adult. The adult appears to be masturbating and ejaculating on top of the prepubescent female.

12. On February 27, 2025, NCIS executed a federal search warrant, 2:25sw35, reviewing the two media files provided by NCMEC that were not previously viewed by Snap Inc.

4

Both files were uploaded on December 13, 2023, at 02:58:45.904Z, from IP address 192.145.200.12. These files were not categorized by NCMEC.

13. The first file was bias_gopnik1-None-6703e135-08e3-938f-66786eb0dc2e~1051decd575d5-content.mp4. On February 27, 2025, this file was viewed by NCIS. The file was approximately 46 seconds in length, and the file showed a mature female and a suspected prepubescent female providing oral sex to an unidentified male who appears to be an adult.

14. The second file was bias_gopnik1-None-6703e135-08e3-938f-66786eb0dc2e~105053a963f10-content.mp4. On February 27, 2025, this file was viewed by NCIS. The file was approximately 46 seconds in length. The file showed a mature female and a suspected prepubescent female engaging in a sexual act with an unidentified male who appears to be an adult. This file is effectively a duplicate file of the file referenced in paragraph 14.

15. Regarding Kik, on July 03, 2024, NCMEC received notification from Kik Messenger, that suspected child sexual abuse material had been uploaded to Kik.com. NCMEC generated CyberTipline Report #196076403, which contained one (1) file of suspected child sexual abuse material.

16. On August 02, 2024, NCMEC received notification from Kik Messenger, that suspected child sexual abuse material had been uploaded to Kik.com. NCMEC generated CyberTipline Report #197214202 which contained ten (10) files of suspected child abuse material and bestiality.

17. On August 19, 2024, NCMEC received notification from Kik Messenger, that suspected child sexual abuse material had been uploaded to Kik.com. NCMEC generated

CyberTipline Report #197907100 which contained twelve (12) files of suspected child sexual abuse material.

18. On October 28, 2024, NCMEC received notification from Kik Messenger, that suspected child sexual abuse material had been uploaded to Kik.com. NCMEC generated CyberTipline Report #201683631 which contained one (1) file, of suspected child sexual abuse material.

19. On November 10, 2024, NCMEC received notification from Kik Messenger, that suspected child sexual abuse material had been uploaded to Kik.com. NCMEC generated CyberTipline Report #202169827 which contained two (2) files, of suspected child sexual abuse material.

20. The CyberTipline Reports noted the accounts associated with the email address ryansst@icloud.com were used to upload the suspected child sexual abuse material. The verified account is associated with the username(s) "tightclangirl"; "tightgirl666"; "jerkbuddy666"; "goonguy666"; and "free_useslu".

21. Open-source resources were utilized to identify the owner of the email address ryansst@icloud.com. Open-source checks revealed the aforementioned email address is associated with "Ryan Staskywicz" as living in Norfolk, VA, and being a Department of Defense Civil Service Employee, with a date of birth of January 18, 2003.

22. Pertaining to CyberTipline report #196076403 (referenced in paragraph 16 of this affidavit), the file c4ab3b3d-16ce-4e6b-9ca6-064dad23284f.mp4 was provided by NCMEC and was previously viewed by Kik.com. This file was uploaded on June 24, 2024, at 17:08:19. UTC, from IP address 86.48.14.171, and this file was categorized by NCMEC as apparent child sexual

abuse material wherein a prepubescent minor is engaged in lascivious exhibition.

    a. On November 22, 2024, the file that was previously viewed by Kik.com was viewed by NCIS. The file was approximately 11 seconds in length. The file showed a suspected prepubescent female engaged in lascivious exhibition. The file showed the suspected prepubescent female laying on her side with her anus and vagina exposed while the prepubescent female recorded herself.

23. Pertaining to CyberTipline report #197214202 (paragraph 17), the following files were provided by NCMEC and were previously viewed by Kik.com. The files were uploaded on various dates between July 18, 2024 – July 30, 2024, and at various times, from various IP addresses. The files were categorized by NCMEC as apparent child sexual abuse material and/or unconfirmed child sexual abuse material.

    a. On November 22, 2024, the file 33c50d93-a442-4f33-b14e-73d9dbc21856.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 11 seconds in length and appears to be a duplicate video of the file mentioned in paragraph (23), subparagraph (a). The file showed the suspected prepubescent female laying on her side with her anus and vagina exposed while the prepubescent female recorded herself. The file was uploaded on July 30, 2024, at 21:10:52 UTC, from IP address 70.160.177.174. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

    b. On November 22, 2024, the file 939958bb-b082-4f75-a20b-9f38bc862a15.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 50 seconds in length and showed a suspected pubescent female engaging in sexual intercourse with a dog. The file was uploaded on July 29, 2024, at 15:07:52 UTC, from IP address 70.160.177.174. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

    c. On November 22, 2024, the file 93dc9e3f-f7de-4d2b-ab7c-0b264090c56a.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 55 seconds in length and showed an unidentified male engaging in anal sex with a suspected prepubescent female. The unidentified male is later observed ejaculating onto the vagina of the suspected prepubescent female. The file was uploaded on July 30,

2024, at 20:55:37 UTC, from IP address 70.160.177.174. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

d. On November 22, 2024, the file 73ac4df5-70d5-43d3-a81a-b3fb2455cd8c.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 55 seconds in length and showed an unidentified male engaging in anal sex with a suspected prepubescent female. The unidentified male is later observed ejaculating onto the vagina of the suspected prepubescent female. This file appears to be a duplicate file as described in paragraph (24) subparagraph (c). The file was uploaded on July 30, 2024, at 17:15:55 UTC, from IP address 1663196.89.40. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

e. On November 22, 2024, the file 0e02c3fc-d779-4da6-9b19-0a85db5b8927.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 11 seconds in length and appears to be a duplicate video of the file mentioned in paragraph (23) subparagraph (a). The file showed the suspected prepubescent female laying on her side with her anus and vagina exposed while the prepubescent female recorded herself. The file was uploaded on July 30, 2024, at 21:10:52 UTC, from IP address 70.160.177.174. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

f. On November 22, 2024, the file b709106d-c579-4b75-b539-2a14695175fa.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 55 seconds in length and showed an unidentified male engaging in anal sex with a suspected prepubescent female. The unidentified male is later observed ejaculating onto the vagina of the suspected prepubescent female. The file appears to be a duplicate video as described in paragraph (24), subparagraph (c). The file was uploaded on July 18, 2024, at 20:58:08 UTC, from IP address 166.196.89.142. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

g. On November 22, 2024, the file 774a1f55-1c10-4c48-bd0c-959a5963767e.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 50 seconds in length and showed a suspected pubescent female engaging in sexual intercourse with a dog. This file appears to be a duplicate file of that described in paragraph (24) subparagraph (b). The file was uploaded on July 30, 2024, at 17:15:21 UTC, from IP address 166.196.89.40. NCMEC identified this video was

sent from the SUBJECT ACCOUNT to another user via private chat message.

    h. On November 22, 2024, the file e528dad1-b719-4c8a-a033-f05bc015099b.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 19 seconds in length and showed a female placing what appears to be a dog's penis into her vagina. The file was uploaded on July 30, 2024, at 17:19:43 UTC, from IP address 166.196.89.40. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

    i. On November 22, 2024, the file a2c22830-efee-4f75-8ebf-ddd5f15f2876.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 11 seconds in length and appears to be a duplicate video of the file mentioned in described in paragraph (23) subparagraph (a). The file showed the suspected prepubescent female laying on her side with her anus and vagina exposed while the prepubescent female recorded herself. The file was uploaded on July 30, 2024, at 17:26:36 UTC, from IP address 70.160.177.174. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

    j. On November 22, 2024, the file d35964e4-24ea-4f45-851b-5a420e25636a.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 73 seconds in length and showed an unidentified male engaging in sexual intercourse with what appears to be a pubescent female. The file was uploaded on July 29, 2024, at 15:26:19 UTC, from IP address 70.160.177.174. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

24. Pertaining to CyberTipline report #197907100 (paragraph 18), the following files were provided by NCMEC and were previously viewed by Kik.com. The files were uploaded on various dates between August 02, 2024 – August 06, 2024, and at various times, from various IP addresses. The files were categorized by NCMEC as apparent child sexual abuse material and/or unconfirmed child sexual abuse material.

    a. On November 22, 2024, the file b4586cb8-5b5a-4ee5-afc2-b5f31dd4d20a.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 73 seconds in length and showed an

9

unidentified male engaging in sexual intercourse with what appears to be a pubescent female. The file was uploaded on August 02, 2024, at 18:46:09 UTC, from IP address 37.19.213.20. This video appears to be a duplicate video previously identified in paragraph (24), subparagraph (j). NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

b. On November 22, 2024, the file 1385192f-df8f-440c-8511-4ff6d4a2e484.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 38 seconds in length and showed what appeared to be a pubescent female providing oral sex to an unidentified male. The file was uploaded on August 05, 2024, at 14:51:33 UTC, from IP address 86.48.15.232. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

c. On November 22, 2024, the file ee904239-7b34-46bd-80b6-04c09dc713e7.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 9 seconds in length and showed what appeared to be a pubescent female masturbating with what appears to be an electric toothbrush. This video was uploaded on August 02, 2024, at 17:41:33 UTC, from IP address 37.19.213.20. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

d. On November 22, 2024, the file afd21d5e-0872-4e4d-a256-ecb70ba55bec.jpg, that was previously viewed by Kik.com, was viewed by NCIS. The file was a photograph of what appears to be a prepubescent female laying on her back with her vagina and anus exposed. The photograph appears to have been taken by an unknown person. The file was uploaded on August 02, 2024, at 18:56:17 UTC, from IP address 37.19.213.20. NCMEC identified this photograph was sent from the SUBJECT ACCOUNT to another user via private chat message.

e. On November 22, 2024, the file 5438c18a-8db8-4130-946d-2329fbd99d93.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 23 seconds in length and showed what appeared to be a pubescent female masturbating by inserting an unidentified object into her vagina. The file was uploaded on August 02, 2024, at 14:21:17 UTC, from IP address 37.19.213.19. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

f. On November 22, 2024, the file 34f9781a-67f9-4207-8f48-36ad4242b6ed.mp4, that was previously viewed by Kik.com, was viewed

by NCIS. The file was approximately 73 seconds in length and showed an unidentified male engaging in sexual intercourse with what appears to be a pubescent female. The file was uploaded on August 02, 2024, at 17:50:48 UTC, from IP address 37.19.213.20. This video appears to be a duplicate video previously identified in paragraph (24), subparagraph (j). NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

g. On November 22, 2024, the file c3c9d139-e09a-45c5-b8b2-b0f57f516921.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 15 seconds in length and showed what appeared to be a prepubescent female on her elbows and knees facing away from the camera with her vagina and anus exposed. The video appeared to be filmed by another unidentified person. The file was uploaded on August 02, 2024, at 17:39:21, from IP address 37.19.213.20. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

h. On November 22, 2024, the file e80aba74-92e9-440b-b252-f5e7fa78e4b2.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 51 seconds in length and showed what appeared to be two prepubescent females engaging in lascivious exhibition wherein they removed their clothing exposing their vaginas and undeveloped breasts to the camera which was being recorded by an unidentified person. The file was uploaded on August 02, 2024, at 17:55:02, from IP address 37.19.213.20. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

i. On November 22, 2024, the file f630ffee-33c5-4858-b40a-359f26cb4074.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 23 seconds in length and showed what appeared to be a pubescent female masturbating by inserting an unidentified object into her vagina. This video appears to be a duplicate video previously identified in paragraph (25), subparagraph (e). The file was uploaded on August 06, 2024, at 17:20:58 UTC, from IP address 86.48.15.233. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

j. On November 22, 2024, the file 45f56a9f-a580-4adb-8f4d-6a69e84a2bab.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 55 seconds in length and showed an unidentified male engaging in anal sex with a suspected prepubescent female. The unidentified male is later observed ejaculating onto the vagina

of the suspected prepubescent female. The file appears to be a duplicate video as described in paragraph (24), subparagraph (c). The file was uploaded on August 02, 2024, at 17:55:34 UTC, from IP address 37.19.213.20. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

k. On November 22, 2024, the file 945e626f-c2fb-4058-8bbc-09eae1d910ba.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 55 seconds in length and showed an unidentified male engaging in anal sex with a suspected prepubescent female. The unidentified male is later observed ejaculating onto the vagina of the suspected prepubescent female. The file appears to be a duplicate video as described in paragraph (24), subparagraph (c). The file was uploaded on August 02, 2024, at 14:19:24 UTC, from IP address 37.19.213.19. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

l. On November 22, 2024, the file b1dabbc0-43a9-4526-9971-b74e4ab5cf60.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 25 seconds in length and showed what appeared to be a pubescent female filming herself while naked and exposing her anus and vagina. The file was uploaded on August 06, 2024, at 15:22:27 UTC, from IP address 86.48.15.235. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

25. Pertaining to CyberTipline report #201683631 (paragraph 19), the file b16d0071-e8da-4546-bcab-83192f245d52.mp4, was provided by NCMEC and was previously viewed by Kik.com. This file was uploaded on October 02, 2024, at 15:13:17 UTC, from IP address 37.19.212.198, and this file was categorized by NCMEC as apparent child pornography wherein a prepubescent minor is engaged in a sexual act.

a. On November 22, 2024, the file that was previously viewed by Kik.com was viewed by NCIS. The file was approximately 55 seconds in length and showed an unidentified male engaging in anal sex with a suspected prepubescent female. The unidentified male is later observed ejaculating onto the vagina of the suspected prepubescent female. The file appears to be a duplicate video as described in paragraph (24), subparagraph (c). NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

26. Pertaining to CyberTipline report #202169827 (paragraph 20), the following files were provided by NCMEC and were previously viewed by Kik.com. The files were categorized by NCMEC as unconfirmed child sexual abuse material.

    a. On November 22, 2024, the file 02d22eb6-e445-4374-8522-3674fe9129e2.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 11 seconds in length and appears to be a duplicate video of the file mentioned in paragraph (23) subparagraph (a). The file showed the suspected prepubescent female laying on her side with her anus and vagina exposed while the prepubescent female recorded herself. The file was uploaded on October 30, 2024, at 16:35:26 UTC, from IP address 192.145.116.77. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

    b. On November 22, 2024, the file ed54d854-a9bb-4e65-a546-6f3654b32169.mp4, that was previously viewed by Kik.com, was viewed by NCIS. The file was approximately 25 seconds in length and showed what appeared to be a pubescent female filming herself spreading her buttocks ultimately exposing her anus and vagina. The file appears identical to the video references in paragraph 25 subparagraph (l) and was uploaded on October 30, 2024, at 16:29:28 UTC, from IP address 192.145.116.77. NCMEC identified this video was sent from the SUBJECT ACCOUNT to another user via private chat message.

27. On June 3, 2025 a federal search warrant was obtained for Kik.com—"Kik Messenger"—pertaining to the subscribers or customers associated with the accounts, including the contents of communications associated with the following account:

    **a. Username(s):** tightclangirl; tightgirl666; jerkbuddy666; goonguy666; free_useslu
    **b. Email Address:** ryansst@icloud.com

28. Between June 6, 2025, and June 16, 2025, NCIS reviewed the contents of the Kik.com warrant returns. A review of the returns revealed RYAN STASKYWICZ as the registered user of all accounts and the provided email (ryansst@icloud.com).

29. The results obtained from Kik.com contain a multitude of CSAM and bestiality among all registered usernames and several conversations that provide further evidence to show

STASKYWICZ was attempting to obtain and send CSAM.

30. A review of messages between STASKYWICZ as "tightclangirl" showed conversations with multiple other unknown individuals. STASKYWICZ appeared to portray himself as sixteen to eighteen-year-old females during conversations. One conversation with username "ace2123456_8yh" on or about July 22, 2024 revealed 'tightclangirl' telling 'ace2123456_8yh" he was "really into incest, beast and fresh18". 'ace2123456_8yh' later asked "your into cp" which 'tightclangirl' replied "yes". 'ace2123456_8yh' asks "Do you have any?" and 'tightclangirl' replied "I do".

31. Another conversation between 'tightclangirl' and user 'binniee0192_8sx' on or about July 22, 2024 revealed 'tightclangirl' say, "U know what I wanna see" followed by, "A kid get fucked by a huge bbc". Another conversation with the same user on or about July 30, 2024 revealed 'tightclangirl' ask, "U find anymore cp?". 'binniee0192_8sx' replied two videos were found. Later in the conversation, 'tightclangirl' asks 'binniee0192_8sx' "Do you have any neighbors?" to which 'binniee0192_8sx' asks "And why do you ask?". 'tightclangirl' replied "I want to see if you can get some cp lol take some pics of the neighbors daughter". 'binniee0192_8sx' declined because he/she did not want to be seen.

32. An additional conversation on or about July 30, 2024 between 'tightclangirl' and user 'crimsonsatan_boh' revealed 'tightclangirl' say "FYI I'm actually looking for predators 98% fall for this racist bullshit". 'crimsonsatan_boh' asked "predators?" wherein 'tightclangirl' replied, "child predators". 'crimsonsatan_boh' asked, "Why the derogatory statement about black people?" and 'tightclangirl' replied, "it's bait". 'crimsonsatan_boh' appeared to try and end the conversation but 'tightclangirl' states, "There's s formula to it, if you want to do anything about the predators send them my way all I ask is you to keep low on the operation". 'Tightclangirl' stated later that

14

he sends the predators as a tip to the FBI. However, there is no evidence obtained to corroborate that statement.

33. A conversation between 'tightclangirl' and user 'jaxyzz_86f' that occurred on or about July 30, 2024 revealed a discussion about what each person was into pertaining to sexual desires. 'tightclangirl' asked, "Really? No stepsis, animals, cnc?". 'jaxyzz_86f' then asked, "what's cnc" and 'tightclangirl' responded, "I'm into all of those and cnc is consensual non consensual".

34. A review of STASKYWICZ's account 'free_useslu' revealed a conversation with user 'pinkbox60_gl7' on or about August 6, 2024 wherein 'free_useslu' stated, "I still live with my parents" in regards to why he does not have certain toys he would like.

35. A review of STASKYWICZ's account 'goonguy666' revealed the following photographs sent by the account that depict STASKYWICZ in selfies taken in what is believed to be his house and his vehicle.




15

36. A review of STASKYWICZ's account 'jerkbuddy666' revealed the following photographs sent by the account that depict STASKYWICZ in selfies taken in what is believed to be his house.

 

## CONCLUSION

37. Based on the information and evidence set forth above, I respectfully submit there is probable cause to establish that RYAN MATTHEW STASKYWICZ committed the following offenses:

18 U.S.C. § 2252(a)(2) (receipt and distribution of CSAM)

18 U.S.C. § 2252(a)(4)(B) (possession of CSAM)

38. Accordingly, I request that a complaint be issued charging RYAN MATTHEW STASKYWICZ with such offenses.

Respectfully Submitted,

*[signature]*

Adrienne Drummond
Special Agent
Naval Criminal Investigative Service

Subscribed and sworn before me on June 26, 2025
Norfolk, Virginia.

*[signature]*

Honorable Lawrence R. Leonard
UNITED STATES MAGISTRATE JUDGE