FILED
IN OPEN COURT

AO 442 (Rev. 01/09) Arrest Warrant

JUL - 1 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

**ORIGINAL**

| United States of America | )  |
| v. | ) |
|  | )  Case No.   2:25mj-123 |
| RYAN MATTHEW STASKYWICZ | )  FID: 11827145 |
| *Defendant* | )  NCIS |

RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA
2025 JUN 26  P 3: 5

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ryan Matthew Staskywicz                                     ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One:
18 U.S.C. §§ 2252(a)(2) Distribution or receipt of child pornography.

Count Two:
18 U.S.C. §§ 2252(a)(4)(B) Possession of child pornography.

Date:   06/26/2025

*Issuing officer's signature*

City and state:   Norfolk, VA

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 01 JUL 25 , and the person was arrested on *(date)* 01 JUL 25 at *(city and state)* VIRGINIA BEACH, VA . |
| Date:   7/1/25          *Arresting officer's signature*    Will C. KELLEY   NCIS Special Agent   *Printed name and title* |